United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NOWAK,<br>              Plaintiff,<br>    v.<br>XAPO, INC., et al.,<br>              Defendants. | Case No. 20-cv-03643-SVK<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 8 |

Attorney David C. Silver filed an application for pro hac vice status and listed Brandon S. Reif as local co-counsel. Dkt. 8. However, Attorney Reif is not a member of the bar of the Northern District of California. *See* N.D. Cal. Civ. L.R. 11-3(a)(3). Accordingly, the Court **DENIES** the pro hac vice application without prejudice.

**SO ORDERED.**

Dated: June 15, 2020

SUSAN VAN KEULEN
United States Magistrate Judge