KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
XAPO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>            Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**NOTICE OF APPEARANCE OF VICTOR T. CHIU ON BEHALF OF DEFENDANT XAPO, INC.**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Victor T. Chiu of the law firm of Keker, Van Nest & Peters LLP hereby makes a special appearance as counsel of record on behalf of Defendant Xapo, Inc.  Mr. Chiu is a member of the State Bar of California.  This notice of appearance does not constitute a waiver by Xapo, Inc. of any defenses, including but not limited to, affirmative defenses.  Counsel can be contacted at the following address and telephone number.

> Victor T. Chiu
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415 391 5400
> Facsimile: 415 397 7188
> Email: vchiu@keker.com

Dated:  June 16, 2020               KEKER, VAN NEST & PETERS LLP

                          By:  *s/Victor T. Chiu*
                               VICTOR T. CHIU

                               Attorney for Defendant
                               XAPO, INC