```
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
XAPO, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**NOTICE OF APPEARANCE OF JASON S. GEORGE ON BEHALF OF DEFENDANT XAPO, INC.**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jason S. George of the law firm of Keker, Van Nest & Peters LLP hereby makes a special appearance as counsel of record on behalf of Defendant Xapo, Inc. Mr. George is a member of the State Bar of California. This notice of appearance does not constitute a waiver by Xapo, Inc. of any defenses, including but not limited to, affirmative defenses. Counsel can be contacted at the following email, address and telephone number.

> Jason S. George
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415 391 5400
> Email: jgeorge@keker.com

Dated: June 16, 2020

KEKER, VAN NEST & PETERS LLP

By: *s/ Jason S. George*
JASON S. GEORGE

Attorney for Defendant
XAPO, INC