1  KEKER, VAN NEST & PETERS LLP
   STEVEN P. RAGLAND - # 221076
2  sragland@keker.com
   ERIN E. MEYER - # 274244
3  emeyer@keker.com
   VICTOR T. CHIU - # 305404
4  vchiu@keker.com
   JASON S. GEORGE - # 307707
5  jgeorge@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant
   XAPO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DENNIS NOWAK, an individual, | Case No. 5:20-cv-03643-BLF |
|---|---|
| Plaintiff, | **JOINT STIPULATION EXTENDING DEFENDANT XAPO, INC.'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals, | Judge:      Hon. Beth Labson Freeman |
| | Date Filed: June 1, 2020 |
| | Trial Date: None set |
| Defendants. | |

Pursuant to Civil L.R. 6-1(a), Plaintiff Dennis Nowak and Defendant Xapo, Inc. hereby stipulate and agree that Xapo, Inc. shall have a thirty-day extension of the current June 29, 2020 deadline to answer or otherwise respond to Plaintiff's Complaint served on June 8, 2020. The new deadline is July 29, 2020. The extension of time will not affect any other event or deadline already fixed by Court order. This stipulation does not constitute a waiver by Xapo, Inc. of any defenses, including but not limited to, affirmative defenses.

**IT IS SO STIPULATED.**

Dated: June 16, 2020                                                        KEKER, VAN NEST & PETERS LLP

By:   *s/Steven P. Ragland*
      STEVEN P. RAGLAND
      ERIN E. MEYER
      VICTOR T. CHIU
      JASON S. GEORGE

      Attorneys for Defendant XAPO, INC.

Dated: June 16, 2020                                                        REIF LAW GROUP, P.C.

By:   *s/Brandon S. Reif*
      BRANDON S. REIF

Dated: June 16, 2020                                                        SILVER MILLER

By:   *s/David C. Silver*
      DAVID C. SILVER
      JASON S. MILLER

      Attorneys for Plaintiff DENNIS NOWAK

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  June 16, 2020

*s/ Steven P. Ragland*
STEVEN P. RAGLAND