| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | STEVEN P. RAGLAND - # 221076<br>sragland@keker.com |
| 3 | ERIN E. MEYER - # 274244<br>emeyer@keker.com |
| 4 | VICTOR T. CHIU - # 305404<br>vchiu@keker.com |
| 5 | JASON S. GEORGE - # 307707<br>jgeorge@keker.com |
| 6 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 7 | Telephone:    415 391 5400<br>Facsimile:    415 397 7188 |

Attorneys for Defendant
XAPO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>    Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**DEFENDANT XAPO, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date:  None set |

1    Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Xapo, Inc. is a wholly-owned subsidiary of Xapo Holdings Limited.  No publicly-held corporation owns 10% or more of either Defendant Xapo, Inc.'s stock or Xapo Holdings Limited's stock.

    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Xapo Holdings Limited

    If the Court interprets this rule as requesting or requiring private information about Xapo, Inc.'s investors or shareholders, Xapo, Inc. will provide such information subject to appropriate confidentiality provisions.

    The undersigned reserves the right to file a supplemental statement upon any change in the information that this statement requires.

    This disclosure statement and certification of interested entities or persons does not constitute a waiver by Xapo, Inc. of any defenses, including but not limited to, affirmative defenses.

Dated:  June 16, 2020                                        KEKER, VAN NEST & PETERS LLP

By:  *s/Steven P. Ragland*
      STEVEN P. RAGLAND
      ERIN E. MEYER
      VICTOR T. CHIU
      JASON S. GEORGE

      Attorneys for Defendant
      XAPO, INC