APPROVED
Judge Beth Labson Freeman

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
XAPO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　　Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**JOINT STIPULATION EXTENDING DEFENDANT XAPO, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

Pursuant to Civil L.R. 6-1(a), Plaintiff Dennis Nowak and Defendant Xapo, Inc. hereby stipulate and agree that Xapo, Inc. shall have a thirty-day extension of the current June 29, 2020 deadline to answer or otherwise respond to Plaintiff's Complaint served on June 8, 2020. The new deadline is July 29, 2020. The extension of time will not affect any other event or deadline already fixed by Court order. This stipulation does not constitute a waiver by Xapo, Inc. of any defenses, including but not limited to, affirmative defenses.

**IT IS SO STIPULATED.**

Dated: June 16, 2020                                                                    KEKER, VAN NEST & PETERS LLP

By:   *s/Steven P. Ragland*
      STEVEN P. RAGLAND
      ERIN E. MEYER
      VICTOR T. CHIU
      JASON S. GEORGE

      Attorneys for Defendant XAPO, INC.

Dated: June 16, 2020                                                                    REIF LAW GROUP, P.C.

By:   *s/Brandon S. Reif*
      BRANDON S. REIF

Dated: June 16, 2020                                                                    SILVER MILLER

By:   *s/David C. Silver*
      DAVID C. SILVER
      JASON S. MILLER

      Attorneys for Plaintiff DENNIS NOWAK

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 16, 2020

*s/ Steven P. Ragland*
STEVEN P. RAGLAND