Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS NOWAK,

                 Plaintiff(s),

v.

XAPO, INC., et al.,

                 Defendant(s).

Case No: 20cv03643-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David C. Silver, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff DENNIS NOWAK in the above-entitled action. My local co-counsel in this case is Brandon S. Reif, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Silver Miller, 11780 West Sample Road Coral Springs, Florida 33065 | Reif Law Group, P.C., 1925 Century Park East #1700, Los Angeles, California 90067 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (954) 516-6000 | (310) 494-6500 |
| My email address of record: | Local co-counsel's email address of record: |
| DSilver@SilverMillerLaw.com | BReif@ReifLawGroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 572764.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/25/20

                                       David C. Silver
                                       APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David C. Silver is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE