UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>    Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT XAPO, INC.'S MOTION TO DISMISS**<br><br>Judge:    Hon. Beth Labson Freeman |

## [PROPOSED] ORDER

Defendant Xapo, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing before this Court on November 12, 2020.

Having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing, the Court hereby GRANTS Defendant Xapo, Inc.'s Motion to Dismiss and dismisses the Complaint with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE