UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>                                    Plaintiff(s)<br>v.<br><br>XAPO, INC., a Delaware corporation, XAPO (GIBRALTAR) LIMITED, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>                                    Defendant(s) | CASE No C 5:20-cv-03643 BLF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 11, 2020          *Diego Valenzuela*
                                                           Party
                                    Defendant XAPO, INC.

Date: August 11, 2020          /s/ Steven P. Ragland
                                                           Attorney
                                    Attorneys for XAPO, INC.

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference


Date:  August 11, 2020          /s/ Steven P. Ragland
                                                           Attorney
                                    KEKER, VAN NEST & PETERS LLP
                                    Steven P. Ragland - #221076
                                    633 Battery St,, San Francisco, CA 94111
                                    Tel:   1-415-391-5400; sragland@keker.com

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*



## Attestation

Pursuant to Civil L.R. 5-1 (i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

/s/ Steven P. Ragland

*Form ADR-Cert rev. 1-15-2019*

