1  Brandon S. Reif, Esq. (State Bar No. 214706)
   E-Mail: Docket@ReifLawGroup.com
2  **REIF LAW GROUP, P.C.**
   1925 Century Park East - Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 494-6500
4  *Counsel for Plaintiff Dennis Nowak*

5  [*Additional Counsel listed on signature block*]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XAPO, INC., a Delaware corporation;<br>XAPO (GIBRALTAR) LIMITED, a foreign corporation;<br>INDODAX, a foreign company; and<br>JOHN DOE NOS. 1-10, individuals,<br><br>　　　　Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**ADR CERTIFICATION BY PLAINTIFF AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook";

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  August 11, 2020                                /s/ Dennis Nowak
                                                        Dennis Nowak
                                                        *Plaintiff*

Dated:  August 11, 2020                                /s/ David C. Silver
                                                        David C. Silver
                                                        *Counsel for Plaintiff Dennis Nowak*

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case.  Based on that discussion, the parties:

☐  intend to stipulate to an ADR process

☒  prefer to discuss ADR selection with the Assigned Judge at the Case Management Conference.

Dated:  August 11, 2020                        **REIF LAW GROUP, P.C.**

                                              By:  /s/ Brandon S. Reif
                                                    Brandon S. Reif (State Bar No. 214706)
                                                    1925 Century Park East - Suite 1700
                                                    Los Angeles, California 90067
                                                    Telephone:   (310) 494-6500
                                                    E-Mail:         Docket@ReifLawGroup.com

                                                    David C. Silver (Admitted *Pro Hac Vice* - DE 21)
                                                    Jason S. Miller (to be admitted *pro hac vice*)
                                                    **SILVER MILLER**

| | |
|---|---|
|1| |
|2| 11780 W. Sample Road<br>Coral Springs, Florida 33065<br>Telephone: (954) 516-6000<br>E-mail: DSilver@SilverMillerLaw.com<br>E-mail: JMiller@SilverMillerLaw.com |

*Counsel for Plaintiff Dennis Nowak*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this ⎯⎯11th⎯⎯ day of August 2020 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **STEVEN P. RAGLAND, ESQ., ERIN E. MEYER, ESQ., VICTOR T. CHIU, ESQ. and JASON S. GEORGE, ESQ.**, KEKER, VAN NEST & PETERS LLP, *Counsel for Defendant Xapo, Inc.*, 633 Battery Street, San Francisco, CA 94111-1809, E-mail: sragland@keker.com; emeyer@keker.com; vchiu@keker.com; and jgeorge@keker.com.

                                              */s/ Brandon S. Reif*
                                              BRANDON S. REIF