# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XAPO, INC., et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-03643-BLF<br><br>**ORDER REQUIRING COMPLIANCE WITH STANDING ORDERS** |

On August 12, 2020, Plaintiff filed a brief in opposition to Defendant Xapo, Inc.'s motion to dismiss. *See* Opp'n, ECF 26. This motion violates the Court's Standing Order Re Civil Cases requiring footnotes to be "no less than 12-point type and shall be double-spaced."  Standing Order Re Civil Cases ¶ IV.F.  Because Plaintiff's brief is only thirteen pages in length and the single-spaced footnote text would be within the twenty-five-page limit if set forth in the body of the brief, the Court will not strike the brief.  However, the parties shall ensure that all future filings comply with the Court's standing orders.

**IT IS SO ORDERED.**

Dated: August 13, 2020

_____
BETH LABSON FREEMAN
United States District Judge