KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Specially Appearing as Counsel for
XAPO (GIBRALTAR) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　　Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**NOTICE OF SPECIAL APPEARANCE OF STEVEN P. RAGLAND ON BEHALF OF DEFENDANT XAPO (GIBRALTAR) LIMITED**<br><br>Dept.:　　Courtroom 3 – 5th Floor<br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

NOTICE OF SPECIAL APPEARANCE OF STEVEN P. RAGLAND
ON BEHALF OF DEFENDANT XAPO (GIBRALTAR) LIMITED
Case No. 5:20-cv-03643-BLF

1392622

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Steven P. Ragland of the law firm of Keker, Van Nest & Peters LLP hereby makes a special appearance as counsel of record on behalf of Defendant Xapo (Gibraltar) Limited.  Mr. Ragland is a member of the State Bar of California.  This notice of appearance does not constitute a waiver by Xapo (Gibraltar) Limited of any defenses, including but not limited to, affirmative defenses.  Counsel can be contacted at the following address and telephone number.

> Steven P. Ragland
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415 391 5400
> Facsimile: 415 397 7188
> Email: sragland@keker.com

Dated:  October 2, 2020                                         KEKER, VAN NEST & PETERS LLP

By:   *s/Steven P. Ragland*
         STEVEN P. RAGLAND

Specially Appearing as Counsel for
XAPO (GIBRALTAR) LIMITED

2
NOTICE OF SPECIAL APPEARANCE OF STEVEN P. RAGLAND
ON BEHALF OF DEFENDANT XAPO (GIBRALTAR) LIMITED
Case No. 5:20-cv-03643-BLF

1392622