KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Specially Appearing as Counsel for
XAPO (GIBRALTAR) LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　　Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**DEFENDANT XAPO (GIBRALTAR) LIMITED'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Dept.:　　Courtroom 3 – 5th Floor<br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

1  Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Xapo (Gibraltar) Limited is a wholly-owned subsidiary of Xapo Holdings Limited. No publicly-held corporation owns 10% or more of either Defendant Xapo (Gibraltar) Limited's stock or Xapo Holdings Limited's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Xapo Holdings Limited

If the Court interprets this rule as requesting or requiring private information about Xapo (Gibraltar) Limited's investors or shareholders, Xapo (Gibraltar) Limited will provide such information subject to appropriate confidentiality provisions.

The undersigned reserves the right to file a supplemental statement upon any change in the information that this statement requires.

This disclosure statement and certification of interested entities or persons does not constitute a waiver by Xapo (Gibraltar) Limited of any defenses, including but not limited to, affirmative defenses.

Dated: October 2, 2020                             KEKER, VAN NEST & PETERS LLP

                                                   By:  *s/Steven P. Ragland*
                                                        STEVEN P. RAGLAND

                                                   Specially Appearing as Counsel for
                                                   XAPO (GIBRALTAR) LIMITED