| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | STEVEN P. RAGLAND - # 221076 |
| 2 | sragland@keker.com |
| | 633 Battery Street |
| 3 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 4 | Facsimile:      415 397 7188 |

Specially Appearing as Counsel for
XAPO (GIBRALTAR) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual, | Case No. 5:20-cv-03643-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT XAPO (GIBRALTAR) LIMITED'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |
| v. | |
| XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals, | Dept.:     Courtroom 3 – 5th Floor |
| | Judge:     Hon. Beth Labson Freeman |
| Defendants. | Date Filed: June 1, 2020 |
| | Trial Date: None set |

[PROPOSED] ORDER GRANTING DEFENDANT XAPO (GIBRALTAR) LIMITED'S ADMINISTRATIVE
MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
Case No. 5:20-cv-03643-BLF

1392576

Defendant Xapo (Gibraltar) Limited has filed an Administrative Motion to Enlarge Time to Respond to the Complaint. Having considered the motion and declaration in support thereof, the Court finds good cause to grant Xapo (Gibraltar) Limited's request.

Xapo (Gibraltar) Limited's Administrative Motion to Enlarge Time to Respond to Complaint is hereby **GRANTED**.

Xapo (Gibraltar) Limited must respond to the Complaint

[select one]

- two weeks after the later of the Court's ruling on Xapo, Inc.'s motion to dismiss or the filing of an amended complaint.

    [*or*]

- by December 15, 2020.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
HON. BETH LABSON FREEMAN
United States District Judge

2
[PROPOSED] ORDER GRANTING DEFENDANT XAPO (GIBRALTAR) LIMITED'S ADMINISTRATIVE
MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
Case No. 5:20-cv-03643-BLF

1392576