UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation;<br>XAPO (GIBRALTAR) LIMITED, a foreign corporation;<br>INDODAX, a foreign company; and<br>JOHN DOE NOS. 1-10, individuals,<br><br>    Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**[PROPOSED] ORDER GRANTING IN PART, AND DENYING IN PART, DEFENDANT XAPO (GIBRALTAR) LIMITED'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>Dept.:    Courtroom 3 - 5th Floor<br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed:  June 1, 2020<br>Trial Date:  None set |

Case No. 5:20-cv-03643-BLF

[PROPOSED] ORDER GRANTING IN PART, AND DENYING IN PART,
DEFENDANT XAPO (GIBRALTAR) LIMITED'S ADMINISTRATIVE MOTION
TO ENLARGE TIME TO RESPOND TO COMPLAINT

Having considered the October 2, 2020 Administrative Motion (Dkt. No. 32, the "Administrative Motion") filed by Defendant XAPO (GIBRALTAR) LIMITED, a foreign corporation ("Defendant" or "XAPO GIBRALTAR") in which Defendant has requested leave of Court to extend by an indefinite period -- possibly as late as December 15, 2020 -- its deadline to respond to the Complaint in this action, and having reviewed the parties' submissions in support of and in opposition to the Administrative Motion, this Court **HEREBY ORDERS** as follows:

    1.    XAPO GIBRALTAR's Administrative Motion is **GRANTED IN PART and DENIED IN PART**;

    2.    On or before October 23, 2020, XAPO GIBRALTAR shall file its response to the Complaint.

**IT IS SO ORDERED**

Dated:_____, 2020

                                                         HONORABLE BETH LABSON FREEMAN
                                                         UNITED STATES DISTRICT COURT JUDGE