# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DENNIS NOWAK,

    Plaintiff,

v.

XAPO, INC., et al.,

    Defendants.

Case No. 20-cv-03643-BLF

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT ANSWER**

On October 2, 2020, Defendant Xapo (Gibraltar) Limited ("Xapo Gibraltar") filed a motion to extend the time to respond to the complaint. ECF 32. Xapo Gibraltar specifically seeks an extension of "to weeks after the later of the Court's ruling on Xapo, Inc.'s motion to dismiss or the filing of an amended complaint, or—if the Court prefers to set a date-certain—to December 15, 2020." ECF 32 at 1-2. On October 6, 2020, Plaintiff Dennis Nowak filed an opposition to the request, arguing that the motion lacked good cause. *See* ECF 33.

The Court GRANTS the motion but declines Xapo Gibraltar's suggested dates. Instead, Xapo Gibraltar shall file its response **no later than November 20, 2020**. This timeline will provide Xapo Gibraltar an opportunity to finalize its own motion to dismiss after the Court's November 12, 2020 hearing on Defendant Xapo, Inc.'s motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 7, 2020

_____
BETH LABSON FREEMAN
United States District Judge