Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: Docket@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

*Counsel for Plaintiff Dennis Nowak*

[*Additional Counsel listed on signature block*]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>XAPO, INC., a Delaware corporation;<br>XAPO (GIBRALTAR) LIMITED, a foreign corporation;<br>INDODAX, a foreign company; and<br>JOHN DOE NOS. 1-10, individuals,<br><br>      Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF PROCESS ON INDODAX**<br><br>Dept.:   Courtroom 3 - 5th Floor<br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed:   June 1, 2020<br>Trial Date:   None set |

1. Pursuant to this Court's Order on October 2, 2020 (the "Order") [ECF No. 29], Reif Law Group, P.C. and Silver Miller, co-counsel for Plaintiff DENNIS NOWAK ("Plaintiff") in the above-captioned action (the "Action"), hereby submit this Notice and accompanying Declaration of David C. Silver in support of this Notice (the "Silver Decl.") regarding effectuating service of process upon Defendant INDODAX ("INDODAX").

2. The Court's Order states, in pertinent part: "*[A]lternate service by email, Twitter, and Facebook to INDODAX's publicly listed accounts is reasonably calculated to provide INDODAX notice and afford them an opportunity to present their objections*" and "*Nowak may use email, Twitter, and Facebook to serve process on INDODAX.*"  *See* Order at 7.

3. On October 8, 2020, in accordance with the Order, Plaintiff effectuated service on INDODAX through each of the following Court-approved methods:

      a. E-mail at support@indodax.com [*See* Silver Decl. at ¶ 5 and Exhibit "A" thereto]

      b. Twitter at @indodax [*See* Silver Decl. at ¶ 6 and Exhibit "B" thereto]

      c. Facebook at @indodax [*See* Silver Decl. at ¶ 7 and Exhibit "C" thereto].

4. In light of the foregoing, as well as under the requirements of Federal Rule of Civil Procedure 4(f), INDODAX has been formally served with process and has through and including October 29, 2020 within which to file its response to the Complaint in this matter.

Respectfully submitted,

**REIF LAW GROUP, P.C.**

By: */s/ Brandon S. Reif*
    Brandon S. Reif (State Bar No. 214706)
    1925 Century Park East - Suite 1700
    Los Angeles, California 90067
    Telephone: (310) 494-6500
    E-Mail: Docket@ReifLawGroup.com

    David C. Silver (Admitted *Pro Hac Vice* - DE 21)
    Jason S. Miller (to be admitted *pro hac vice*)
**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-mail: JMiller@SilverMillerLaw.com

*Counsel for Plaintiff Dennis Nowak*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __13th__ day of October 2020 by using the CM/ECF system and that a true and correct copy will be served <u>via</u> <u>electronic</u> <u>mail</u> to: **STEVEN P. RAGLAND, ESQ., ERIN E. MEYER, ESQ., VICTOR T. CHIU, ESQ. and JASON S. GEORGE, ESQ.**, KEKER, VAN NEST & PETERS LLP, *Counsel for Defendants Xapo, Inc. and Xapo (Gibraltar) Limited*, 633 Battery Street, San Francisco, CA 94111-1809, E-mail: sragland@keker.com; emeyer@keker.com; vchiu@keker.com; and jgeorge@keker.com.

        */s/ Brandon S. Reif*
        BRANDON S. REIF