Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: Docket@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

*Counsel for Plaintiff Dennis Nowak*

[*Additional Counsel listed on signature block*]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation;<br>XAPO (GIBRALTAR) LIMITED, a foreign corporation;<br>INDODAX, a foreign company; and<br>JOHN DOE NOS. 1-10, individuals,<br><br>Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**DECLARATION OF DAVID C. SILVER IN SUPPORT OF PLAINTIFF'S NOTICE OF SERVICE OF PROCESS ON INDODAX**<br><br>Dept.:   Courtroom 3 - 5th Floor<br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed:   June 1, 2020<br>Trial Date:   None set |

I, David C. Silver, declare as follows:

1. I am a founding partner at the law firm of Silver Miller, co-counsel for Plaintiff DENNIS NOWAK in the above captioned action. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Notice of Service of Process on Defendant INDODAX ("INDODAX").

3. On October 2, 2020, this Court authorized Plaintiff to effectuate service of process upon INDODAX by alternative means (the "Order") [Docket Entry No. ("DE") 29].

4. The Court's Order states, in pertinent part: "*[A]lternate service by email, Twitter, and Facebook to INDODAX's publicly listed accounts is reasonably calculated to provide INDODAX*

*notice and afford them an opportunity to present their objections*" and "*Nowak may use email, Twitter, and Facebook to serve process on INDODAX.*"  See Order at 7.

5. On October 8, 2020, in accordance with the Order, my law firm effectuated service upon INDODAX by transmitting to INDODAX the following documents via electronic mail to INDODAX's publicly-listed electronic mail address (support@indodax.com):

   a. Complaint [DE 1]
   b. Order Setting Initial Case Management Conference and ADR Deadlines [DE 4]
   c. Civil Action Summons [DE 6]
   d. Order Reassigning Case [DE 12]
   e. Order Granting in Part and Denying Without Prejudice in Part Plaintiff's Motion for Alternative Service [DE 29]

Attached hereto as **Exhibit "A"** is a true and correct copy of the electronic mail message that was sent, along with a confirmation that it was delivered to INDODAX.

6. Also on October 8, 2020, in accordance with the Order, I effectuated service upon INDODAX by sending to INDODAX's publicly-listed Twitter account (@Indodax) a message containing a hyperlink to an online repository containing the service documents.  Attached hereto as **Exhibit "B"** is a screenshot of the message sent via Twitter.

7. Finally, on October 8, 2020, in accordance with the Order, I effectuated service upon INDODAX by sending to INDODAX's publicly-listed Facebook account (@Indodax) a message containing a hyperlink to an online repository containing the service documents.  Attached hereto as **Exhibit "C"** is a screenshot of the message sent via Facebook.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2020 in Coral Springs, Florida.

                                               */s/ David C. Silver*
                                               DAVID C. SILVER

# EXHIBIT A

| | |
|---|---|
| **From:** | Jason Miller |
| **Sent:** | Thursday, October 8, 2020 6:12 PM |
| **To:** | support@indodax.com |
| **Cc:** | David Silver |
| **Subject:** | Nowak v. Xapo and Indodax -- USDC - ND Cal - Case No. 5:20-cv-03643-SVK |
| **Attachments:** | 2020-6-1 -- DE 1 - COMPLAINT - Nowak v. Xapo and Indodax.pdf; 2020-6-2 -- DE 4 - Order Setting Initial Case Mgt Conf and ADR Deadlines.pdf; 2020-6-2 -- DE 6 - Indodax Clerk Stamped Summons.pdf; 2020-6-16 -- DE 12 - Order Reassigning Case to Judge Beth Labson Freeman.pdf; 2020-10-2 -- DE 29 - Order Granting Alt Svc on Indodax, Denying on Xapo Gibraltar.pdf |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | support@indodax.com | |
| | David Silver | Delivered: 10/8/2020 6:12 PM |


Dear Indodax/To Whom It May Concern:

Attached hereto, as authorized by the Court, are service copies of the following documents docketed with the Court in the above-referenced matter:
(1) Complaint [Docket Entry No. ("DE") 1]
(2) Order Setting Initial Case Management Conference and ADR Deadlines  [DE 4]
(3) Civil Action Summons  [DE 6]
(4) Order Reassigning Case  [DE 12]
(5) Order Granting in Part and Denying Without Prejudice in Part Plaintiff's Motion for Alternative Service  [DE 29]

Copies have also been sent to you in accordance with the other methods authorized by the Court in its October 2, 2020 Order.

Please govern yourself accordingly.

Yours,
-- JSM

/s/
Jason S. Miller, Esq.
SILVER MILLER
11780 West Sample Road
Coral Springs, FL 33065
Telephone: (954) 516-6000
E-mail: JMiller@SilverMillerLaw.com
Web site: www.SilverMillerLaw.com

Notice: This message, including any attachments, may contain legally privileged and confidential

1



information. If you received this message in error, please notify us immediately by reply e-mail. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Silver Miller.

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@dispatch1-us1.ppe-hosted.com> |
| **To:** | support@indodax.com |
| **Sent:** | Thursday, October 8, 2020 6:12 PM |
| **Subject:** | Relayed: Nowak v. Xapo and Indodax -- USDC - ND Cal - Case No. 5:20-cv-03643-SVK |

This is the mail system at host dispatch1-us1.ppe-hosted.com.

Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems.

            The mail system

<support@indodax.com>: delivery via aspmx.l.google.com[172.217.214.26]:25: 250
   2.0.0 OK  1602195129 n1si3461629ilj.91 - gsmtp

# EXHIBIT B



David Silver (SILVER MILLER) on
(2) Indodax | Facebook
twitter.com/dcsilver/status/1314264248500051968
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet
David Silver (SIL...
@dcsilver
Tweet
David Silver (SILVER MILLER)
@dcsilver
Pursuant to a Court Order in Nowak v. Indodax, et al., USDC - ND Cal - Case No. 5:20-cv-03643-BLF - #Indodax (@indodax) - Please click on the link below as Court-approved alternative service of process of legal papers. silvermillerlaw.com/active-cases/
1:59 PM · Oct 8, 2020 · Twitter Web App
View Tweet activity
Search Twitter
Relevant people
David Silver (SILVER MILLER)
@dcsilver
A securities fraud and investment loss attorney. As seen on @CNBC, @FoxNews, @WSJ, @Bloomberg, @Reuters, @Fortune
indodax
@indodax
Follow
The Biggest Bitcoin and Crypto Exchange in Indonesia #AsetMasaDepan linktr.ee/Indodax
What's happening
News · 1 hour ago
FBI thwarted a plot to kidnap Michigan Gov. Gretchen Whitmer
Trending with Wolverine Watchmen
#CharmCityKings
Life at a Crossroad. Stream Now.
Promoted by HBO Max
Politics · Trending
25th Amendment
60.2K Tweets
Financial Times · Yesterday
Trump is losing support among seniors in Florida, a key swing state
Entertainment · Trending
Janeway
3,741 Tweets
Show more
Messages

**EXHIBIT "B"**

# EXHIBIT C



Home / Twitter
(2) Indodax | Facebook
facebook.com/indodax
Search Facebook
David
Indodax
@indodax · Business Service
Call Now
Home
Services
Photos
Videos
More
Like
Message
About
See All
Millenium Centennial Center Lt. 2 Unit AHG Jl. Jend. Sudirman Kav 25, South Jakarta, Jakarta, Indonesia
Platform Jual-beli Bitcoin dan Aset Kripto Terbesar di Indonesia #AsetMasaDepan https://linktr.ee/Indodax
Welcome to Indodax.com! We are the BIGGEST CRYPTO ASSET EXCHANGE in Indonesia with more than 1,600,000 members registered. Start buying or selling Bit... See More
113,663 people like this
118,451 people follow this
63 people checked in here
+62 21 50525588
Away
Send Message
support@indodax.com
Create Post
Photo/Video
Check in
Tag Friends
David Silver ▸ Indodax
Just now
Indodax - Please click on the link below as Court-approved alternative service of process of legal papers in Nowak v. Indodax, et al., USDC - ND Cal - Case No. 5:20-cv-03643-BLF.
https://www.silvermillerlaw.com/active-cases/
Like
Comment
Share
Write a comment...
Indodax
9h
Apakah kalian semua sudah tahu 10 aturan dalam trading aset kripto? Yuk simak penjelasannya dalam artikel Indodax Academy berikut
https://indodax.academy/sepuluh-aturan-dalam-perdagangan.../
#indodax #asetmasadepan
INDODAX
10 ATURAN DALAM

# EXHIBIT "C"