SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOES NOS. 1-10, individuals,<br><br>Defendants. | Case No.  5:20-cv-03643-BLF-SVK<br><br>**NOTICE OF SPECIAL APPEARANCE OF SPENCER HOSIE ON BEHALF OF DEFENDANT PT INDODAX NASIONAL INDONESIA**<br><br>Judge: Honorable Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br>Complaint Filed: June 1, 2020<br>Trial Date: None set |

NOTICE OF SPECIAL APPEARANCE OF SPENCER HOSIE

PLEASE TAKE NOTICE that the undersigned attorney, Spencer Hosie, of Hosie Rice LLP, hereby makes a special appearance as counsel of record in this matter on behalf of Defendant PT Indodax Nasional Indonesia ("Indodax").  Mr. Hosie is a member of the State Bar of California.  This notice of special appearance does not constitute a waiver by Indodax of any defense or affirmative defense, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, or insufficient service of process.[1]  The undersigned has the following contact information:

>SPENCER HOSIE
>shosie@hosielaw.com
>HOSIE RICE LLP
>Transamerica Pyramid
>600 Montgomery Street, 34th Floor
>San Francisco, CA 94111
>(415) 247-6000 Tel.
>(415) 247-6001 Fax

Dated:  October 28, 2020            Respectfully submitted,

*/s/ Spencer Hosie*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

---

[1] Indodax is an Indonesian company with no related contacts to this jurisdiction.  Indodax does not accede to personal jurisdiction, venue, process, or service of process.