SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOES NOS. 1-10, individuals, <br><br> Defendants. | Case No. 5:20-cv-03643-BLF-SVK <br><br> **DEFENDANT PT INDODAX NASIONAL INDONESIA'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** <br><br> Judge: Honorable Beth Labson Freeman <br> Courtroom: 3 – 5th Floor <br> Complaint Filed: June 1, 2020 <br> Trial Date: None set |

**INDODAX'S CERTIFICATE OF INTERESTED PERSONS / ENTITIES[1]**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than Defendant PT Indodax Nasional Indonesia ("Indodax"), its shareholders, and members of its Board of Directors and Board of Commissioners, there is no Indodax interest to report under Civil Local Rule 3-15.

**INDODAX'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Indodax states that there is no such corporation to report.

Dated:  October 28, 2020                    Respectfully submitted,

/s/ *Spencer Hosie*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*

---

[1] Indodax is specially appearing in this matter.  This Certificate and Disclosure does not constitute a waiver by Indodax of any defense or affirmative defense, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, or insufficient service of process. Indodax intends to raise defenses and/or affirmative defenses in its initial response to the Complaint, including, but not limited to, lack of personal jurisdiction.  By filing this Certificate and Disclosure, Indodax does not concede or waive any defense or affirmative defense.

1            *PT INDODAX NASIONAL INDONESIA*