SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOES NOS. 1-10, individuals,<br><br>Defendants. | Case No. 5:20-cv-03643-BLF-SVK<br><br>**NOTICE OF SPECIAL APPEARANCE OF DARRELL R. ATKINSON ON BEHALF OF DEFENDANT PT INDODAX NASIONAL INDONESIA**<br><br>Judge: Honorable Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br>Complaint Filed: June 1, 2020<br>Trial Date: None set |

NOTICE OF SPECIAL APPEARANCE OF DARRELL R. ATKINSON

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

1  PLEASE TAKE NOTICE that the undersigned attorney, Darrell R. Atkinson, of Hosie Rice LLP, hereby makes a special appearance as counsel of record in this matter on behalf of Defendant PT Indodax Nasional Indonesia ("Indodax"). Mr. Atkinson is a member of the State Bar of California. This notice of special appearance does not constitute a waiver by Indodax of any defense or affirmative defense, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, or insufficient service of process.[1] The undersigned has the following contact information:

> DARRELL R. ATKINSON
> datkinson@hosielaw.com
> HOSIE RICE LLP
> Transamerica Pyramid
> 600 Montgomery Street, 34th Floor
> San Francisco, CA 94111
> (415) 247-6000 Tel.
> (415) 247-6001 Fax

Dated: October 28, 2020                                Respectfully submitted,

> /s/ Darrell R. Atkinson
> SPENCER HOSIE (CA Bar No. 101777)
> shosie@hosielaw.com
> DIANE S. RICE (CA Bar No. 118303)
> drice@hosielaw.com
> DARRELL R. ATKINSON (CA Bar No. 280564)
> datkinson@hosielaw.com
> HOSIE RICE LLP
> 600 Montgomery Street, 34th Floor
> San Francisco, CA 94111
> (415) 247-6000 Tel.
> (415) 247-6001 Fax
>
> *Specially Appearing as Counsel for Defendant*
> *PT INDODAX NASIONAL INDONESIA*

---

[1] Indodax is an Indonesian company with no related contacts to this jurisdiction. Indodax does not accede to personal jurisdiction, venue, process, or service of process.

NOTICE OF SPECIAL APPEARANCE OF                        Case No. 5:20-cv-03643-BLF-SVK
DARRELL R. ATKINSON                                    - 1 -