SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOES NOS. 1-10, individuals,<br><br>    Defendants. | Case No.  5:20-cv-03643-BLF<br><br>**STIPULATION EXTENDING PT INDODAX NASIONAL INDONESIA'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Judge: Honorable Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br>Complaint Filed: June 1, 2020<br>Trial Date: None set |

STIPULATION EXTENDING INDODAX'S TIME TO RESPOND

Plaintiff Dennis Nowak ("Nowak") and Defendant PT Indodax Nasional Indonesia ("Indodax") hereby stipulate, pursuant to Civil Local Rule 6-1(a), to extend the deadline for Indodax to answer or otherwise respond to the Complaint up to and including November 25, 2020.[1]

This stipulated extension of time does not alter an event or deadline already fixed by Court order, nor does it involve papers required to be filed and lodged with the Court other than an initial response to the Complaint. Accordingly, pursuant to Civil Local Rule 6-1(a), this Stipulation is permissible without Court order.

This Stipulation was promptly filed. Nowak and Indodax first conferred as to the subject of this Stipulation on October 27, 2020, and this Stipulation was filed the same day Indodax's counsel filed special appearances in this matter.

Dated: October 28, 2020                    Respectfully submitted,

/s/ David C. Silver                        /s/ Darrell R. Atkinson

Brandon S. Reif (State Bar No. 214706)     SPENCER HOSIE (CA Bar No. 101777)
**REIF LAW GROUP, P.C.**                   shosie@hosielaw.com
1925 Century Park East - Suite 1700        DIANE S. RICE (CA Bar No. 118303)
Los Angeles, California 90067              drice@hosielaw.com
Telephone: (310) 494-6500                  DARRELL R. ATKINSON (CA Bar No. 280564)
E-Mail: Docket@ReifLawGroup.com            datkinson@hosielaw.com
                                           HOSIE RICE LLP
David C. Silver (Admitted *Pro Hac Vice* - DE 21)   600 Montgomery Street, 34th Floor
Jason S. Miller (to be admitted *pro hac vice*)     San Francisco, CA 94111

---

[1] Statement by Indodax: Indodax is specially appearing in this matter. This Stipulation does not constitute a waiver by Indodax of any defense or affirmative defense, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, or insufficient service of process. Indodax intends to raise defenses and/or affirmative defenses in its initial response to the Complaint, including, but not limited to, lack of personal jurisdiction. By entering into and filing this Stipulation, Indodax does not concede or waive any defense or affirmative defense.

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

**SILVER MILLER**  
11780 W. Sample Road  
Coral Springs, Florida 33065  
Telephone: (954) 516-6000  
E-mail: DSilver@SilverMillerLaw.com  
E-mail: JMiller@SilverMillerLaw.com  

*Counsel for Plaintiff Dennis Nowak*

(415) 247-6000 Tel.  
(415) 247-6001 Fax  

*Specially Appearing as Counsel for Defendant PT INDODAX NASIONAL INDONESIA*

## ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

Date: October 28, 2020

*/s/ Darrell R. Atkinson*  
Darrell R. Atkinson