SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

APPROVED

*Beth Labson Freeman*

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DENNIS NOWAK, an individual,

                Plaintiff,

      v.

XAPO, INC., a Delaware corporation; XAPO
(GIBRALTAR) LIMITED, a foreign
corporation; INDODAX, a foreign company; and
JOHN DOES NOS. 1-10, individuals,

                Defendants.

Case No.  5:20-cv-03643-BLF

**STIPULATION EXTENDING PT
INDODAX NASIONAL INDONESIA'S
DEADLINE TO ANSWER OR
OTHERWISE RESPOND TO THE
COMPLAINT**

Judge: Honorable Beth Labson Freeman
Courtroom: 3 – 5th Floor
Complaint Filed: June 1, 2020
Trial Date: None set

STIPULATION EXTENDING INDODAX'S TIME TO RESPOND

Plaintiff Dennis Nowak ("Nowak") and Defendant PT Indodax Nasional Indonesia ("Indodax") hereby stipulate, pursuant to Civil Local Rule 6-1(a), to extend the deadline for Indodax to answer or otherwise respond to the Complaint up to and including November 25, 2020.[1]

This stipulated extension of time does not alter an event or deadline already fixed by Court order, nor does it involve papers required to be filed and lodged with the Court other than an initial response to the Complaint.  Accordingly, pursuant to Civil Local Rule 6-1(a), this Stipulation is permissible without Court order.

This Stipulation was promptly filed.  Nowak and Indodax first conferred as to the subject of this Stipulation on October 27, 2020, and this Stipulation was filed the same day Indodax's counsel filed special appearances in this matter.

Dated:  October 28, 2020                                     Respectfully submitted,

/s/ David C. Silver                                              /s/ Darrell R. Atkinson

Brandon S. Reif (State Bar No. 214706)        SPENCER HOSIE (CA Bar No. 101777)
**REIF LAW GROUP, P.C.**                              shosie@hosielaw.com
1925 Century Park East - Suite 1700             DIANE S. RICE (CA Bar No. 118303)
Los Angeles, California 90067                        drice@hosielaw.com
Telephone: (310) 494-6500                            DARRELL R. ATKINSON (CA Bar No.
E-Mail: Docket@ReifLawGroup.com             280564)
                                                                       datkinson@hosielaw.com
David C. Silver (Admitted *Pro Hac Vice* - DE   HOSIE RICE LLP
21)                                                                   600 Montgomery Street, 34th Floor
Jason S. Miller (to be admitted *pro hac vice*)   San Francisco, CA 94111

[1] Statement by Indodax: Indodax is specially appearing in this matter.  This Stipulation does not constitute a waiver by Indodax of any defense or affirmative defense, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, or insufficient service of process.  Indodax intends to raise defenses and/or affirmative defenses in its initial response to the Complaint, including, but not limited to, lack of personal jurisdiction.  By entering into and filing this Stipulation, Indodax does not concede or waive any defense or affirmative defense.

STIPULATION EXTENDING INDODAX'S TIME TO RESPOND          Case No.  5:20-cv-03643-BLF
- 1 -

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA  94111

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-mail: JMiller@SilverMillerLaw.com

(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

*Counsel for Plaintiff Dennis Nowak*

## ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that

the concurrence to the filing of this document has been obtained from the other signatories thereto.

Date: October 28, 2020

*/s/ Darrell R. Atkinson*
Darrell R. Atkinson

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA  94111