KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
XAPO, INC.

Steven P. Ragland specially appearing as Counsel for Defendant
XAPO (GIBRALTAR) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF STIPULATION EXTENDING DEADLINES**<br><br>Dept.:    Courtroom 3 – 5th Floor<br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

I, Steven P. Ragland, hereby declare:

1. I am duly licensed to practice law in the State of California and am a member of the law firm Keker, Van Nest & Peters LLP, appearing as counsel for Defendant Xapo, Inc. and specially appearing as counsel for Defendant Xapo (Gibraltar) Limited in this action. The information in this declaration is based on my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. The Court held a hearing on November 12, 2020 regarding Defendant Xapo, Inc.'s Motion to Dismiss Plaintiff's Complaint.

3. The Court indicated at the November 12, 2020 hearing that it would grant Defendant Xapo, Inc.'s Motion to Dismiss with leave to amend.

4. At the hearing, the Court indicated and the parties in attendance agreed the November 20, 2020 deadline for Defendant Xapo (Gibraltar) Limited to respond to Plaintiff's complaint should be vacated in light of Plaintiff's anticipated filing of an amended complaint.

5. Defendant PT Indodax Nasional Indonesia ("Indodax") currently has a deadline of November 25, 2020 to respond to the complaint. Dkt. No. 41.

6. The parties intend to stipulate regarding dates for Plaintiff Dennis Nowak to file an amended complaint following the Court's order on Defendant Xapo, Inc's Motion to Dismiss, and for Defendants Xapo, Inc., Xapo (Gibraltar) Limited, and Indodax to respond to any amended complaint.

7. As of the filing of this declaration and the accompanying stipulation, the Court has not yet issued its order on Defendant Xapo, Inc.'s Motion to Dismiss.

8. The Court has previously provided three extensions to deadlines in this case by (1) extending the deadline for Defendant Xapo, Inc. to respond to the complaint by 30 days, Dkt. No. 29; (2) extending the deadline for Defendant Xapo (Gibraltar) Limited to respond to the complaint from October 16, 2020 to November 20, 2020, Dkt. No. 34; and (3) extending the deadline for Defendant Indodax to respond to the complaint until November 25, 2020, Dkt. No. 41.

9. The requested extensions do not affect any other event or deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 20, 2020 in San Francisco, California.

*s/Steven P. Ragland*
STEVEN P. RAGLAND