KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
XAPO, INC.

Steven P. Ragland specially appearing as Counsel for Defendant
XAPO (GIBRALTAR) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual, | Case No. 5:20-cv-03643-BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS XAPO, INC. AND XAPO (GIBRALTAR) LIMITED TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals, | |
| Defendants. | Dept.:        Courtroom 3 – 5th Floor<br>Judge:       Hon. Beth Labson Freeman |
| | Date Filed:  June 1, 2020 |
| | Trial Date:  None set |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS XAPO, INC. AND
XAPO (GIBRALTAR) LIMITED TO RESPOND TO AMENDED COMPLAINT
Case No. 5:20-cv-03643-BLF

1626842

Pursuant to Civil Local Rule 6-2 and the accompanying Declaration of Steven P. Ragland, the parties hereby stipulate as follows:

WHEREAS, on November 20, 2020, the Court granted Defendant Xapo, Inc.'s motion to dismiss Plaintiff Dennis Nowak's complaint with leave to amend, Dkt. No. 49;

WHEREAS, on November 24, 2020, the Court issued an order pursuant to the parties' stipulation to extend the deadline for all of the defendants to respond to Plaintiff's anticipated amended complaint to thirty days after the filing of the amended complaint, Dkt. No. 50;

WHEREAS, on December 21, 2020, Plaintiff filed the Amended Complaint, Dkt. No. 51;

WHEREAS, pursuant to the Court's prior order, the deadline to respond to the Amended Complaint is currently set for 30 days after it was filed, or January 20, 2021;

WHEREAS, Defendants Xapo, Inc. and Xapo (Gibraltar) Limited requested that the parties agree to allow for additional time to prepare a response to the Amended Complaint in light of the intervening holidays;

WHEREAS, the parties have agreed to Defendants Xapo, Inc. and Xapo (Gibraltar) Limited's request for additional time to respond to the Amended Complaint;

WHEREAS, the Court has previously provided four extensions to deadlines in this case by (1) extending the deadline for Defendant Xapo, Inc. to respond to the complaint by 30 days, Dkt. No. 29; (2) extending the deadline for Defendant Xapo (Gibraltar) Limited to respond to the complaint from October 16, 2020 to November 20, 2020, Dkt. No. 34; (3) extending the deadline for Defendant Indodax to respond to the complaint until November 25, 2020, Dkt. No. 41; and (4) extending the deadline for all defendants to respond to the Amended Complaint until 30 days after it was filed, or January 20, 2021, Dkt. No. 50;

WHEREAS, the requested extension does not affect any other event or deadline already fixed by Court order;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1.  The deadline for Defendants Xapo, Inc. and Xapo (Gibraltar) Limited to respond to the Amended Complaint shall be extended by two weeks up to and including February 3, 2021.

2.   This stipulation does not constitute a waiver by Defendants Xapo, Inc. or Xapo

(Gibraltar) Limited of any defenses, including but not limited to, affirmative defenses.

Dated:  December 30, 2020          By:   *s/Steven P. Ragland*
STEVEN P. RAGLAND
ERIN E. MEYER
VICTOR T. CHIU
JASON S. GEORGE

KEKER, VAN NEST & PETERS LLP

Attorneys for Defendant
XAPO, INC.

Steven P. Ragland specially appearing as
counsel for XAPO (GIBRALTAR)
LIMITED

Dated:  December 30, 2020          By:   *s/Spencer Hosie*
SPENCER HOSIE
DIANE S. RICE
DARRELL R. ATKINSON

HOSIE RICE LLP

Specially appearing as Counsel for
Defendant PT INDODAX NASIONAL
INDONESIA

Dated:  December 30, 2020          By:   *s/David C. Silver*
DAVID C. SILVER
JASON S. MILLER
SILVER MILLER

BRANDON S. REIF
REIF LAW GROUP, P.C.

Attorneys for Plaintiff DENNIS NOWAK

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS XAPO, INC. AND
XAPO (GIBRALTAR) LIMITED TO RESPOND TO AMENDED COMPLAINT
Case No. 5:20-cv-03643-BLF

1626842

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ATTESTATION</u>

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

filing of this document has been obtained from the other signatories.

Dated:  December 30, 2020

*s/Steven P. Ragland*
STEVEN P. RAGLAND

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS XAPO, INC. AND
XAPO (GIBRALTAR) LIMITED TO RESPOND TO AMENDED COMPLAINT
Case No. 5:20-cv-03643-BLF

1626842

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to the parties' stipulation, and good cause appearing, the Court **GRANTS** the parties' stipulation. The Court **ORDERS** as follows:

- The deadline for Defendants Xapo, Inc. and Xapo (Gibraltar) Limited to respond to Plaintiff Dennis Nowak's Amended Complaint shall be extended by two weeks up to and including February 3, 2021.

**IT IS SO ORDERED.**

Dated:

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS XAPO, INC. AND XAPO (GIBRALTAR) LIMITED TO RESPOND TO AMENDED COMPLAINT
Case No. 5:20-cv-03643-BLF

1626842