KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
XAPO, INC.

Steven P. Ragland specially appearing as Counsel for Defendant
XAPO (GIBRALTAR) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>       Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF STIPULATION EXTENDING DEADLINE FOR DEFENDANTS XAPO, INC. AND XAPO (GIBRALTAR) LIMITED TO RESPOND TO AMENDED COMPLAINT**<br><br>Dept.:     Courtroom 3 – 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF STIPULATION EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT
Case No. 5:20-cv-03643-BLF

1626845

I, Steven P. Ragland, hereby declare:

1.      I am duly licensed to practice law in the State of California and am a member of the law firm Keker, Van Nest & Peters LLP, appearing as counsel for Defendant Xapo, Inc. and specially appearing as counsel for Defendant Xapo (Gibraltar) Limited in this action.  The information in this declaration is based on my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2.      On November 20, 2020, the Court granted Defendant Xapo, Inc.'s motion to dismiss Plaintiff Dennis Nowak's complaint with leave to amend. Dkt. No. 49.

3.      On November 24, 2020, the Court issued an order pursuant to the parties' stipulation to extend the deadline to respond to Plaintiff's anticipated amended complaint to thirty days after the filing of the amended complaint. Dkt. No. 50.

4.      On December 21, 2020, Plaintiff filed an Amended Complaint, Dkt. No. 51, and so the deadline to respond to the Amended Complaint is currently set for 30 days later, or January 20, 2021.

5.      Defendants Xapo, Inc. and Xapo (Gibraltar) Limited requested that the parties agree to allowing additional time to prepare a response to the Amended Complaint in light of the intervening holidays.

6.      The parties have agreed to Defendants Xapo, Inc. and Xapo (Gibraltar) Limited's request for additional time to respond to the Amended Complaint.

7.      The Court has previously provided four extensions to deadlines in this case by (1) extending the deadline for Defendant Xapo, Inc. to respond to the complaint by 30 days, Dkt. No. 29; (2) extending the deadline for Defendant Xapo (Gibraltar) Limited to respond to the complaint from October 16, 2020 to November 20, 2020, Dkt. No. 34; (3) extending the deadline for Defendant Indodax to respond to the complaint until November 25, 2020, Dkt. No. 41; and (4) extending the deadline for all defendants to respond to the Amended Complaint until 30 days after it was filed, or January 20, 2021, Dkt. No. 50.

8.      The requested extension does not affect any other event or deadline already fixed by Court order.

1    I declare under penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct, and that this declaration was executed on December 30, 2020 in

3   San Francisco, California.

4

5                                              s/Steven P. Ragland
                                               STEVEN P. RAGLAND
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF STIPULATION EXTENDING DEADLINE TO
RESPOND TO AMENDED COMPLAINT
Case No. 5:20-cv-03643-BLF

1626845