SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOES NOS. 1-10, individuals,<br><br>Defendants. | Case No. 5:20-cv-03643-BLF-SVK<br><br>**DECLARATION OF OSCAR ADAM DARMAWAN IN SUPPORT OF DEFENDANT PT INDODAX NASIONAL INDONESIA'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: May 27, 2021<br>Time: 9:00 a.m.<br>Judge: Honorable Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br><br>Complaint Filed: June 1, 2020<br>Trial Date: None set |

I, Oscar Adam Darmawan, declare as follows:

1. I am a member of Defendant PT Indodax Nasional Indonesia's ("Indodax") Board of Directors, and I am an Indodax co-founder. I have a bachelor's degree in information technology and systems from Monash University. I am responsible for leading Indodax's business, and I am familiar with Indodax's operations. I make this declaration of my own personal knowledge. If called upon to testify to the matters stated herein, I could and would do so competently.

2. I make this declaration in support of Indodax's Motion to Dismiss Amended Complaint.

3. Indodax is an Indonesian-based crypto-currency exchange, *i.e.*, an online crypto-currency exchange where account holders can buy, sell, and exchange various forms of crypto-currency. Indodax presently has approximately 2.7 million account holders. To our knowledge, 99% of these account holders are in or near Indonesia.

4. In a typical day, over 1,778,840,000 crypto-currency units of various types (Bitcoin, Ripple, RPX, etc.) transit our exchange.

5. Indodax does not have an office in California, nor in the United States. We have no infrastructure in California. We do not maintain servers or crypto-currency vaults (storage repository) in California. We have never advertised in California, nor in the United States. We have no business partners in California, nor joint-venture partners. To our knowledge, we have no California-based shareholders. None of our executive management have ever visited California for any reason, much less a business reason.

6. We first learned of Mr. Nowak's alleged loss when he sued Indodax in 2020. We had no prior knowledge of any theft, nor know anything about it now beyond what is alleged in Mr. Nowak's two complaints. We do not know if there was a theft, nor—if so—who was involved. We did not know then, nor know now, how this theft occurred, or where (it could have been engineered from any connected computer, including Mr. Nowak's).

7. Crypto-currency transactions are designed to be largely irreversible. Theft has been an issue since Bitcoin first became popular years ago. That is why the account holders do, and

must, take security seriously.

8. Indodax has no way to know whether some of many crypto-currency transactions are illicit.

9. Indodax's security protocols are not lax, as Mr. Nowak alleges. It is difficult to rebut his charges, as he has not been specific. But it is categorically untrue to allege that we run an exchange to provide a safe harbor for illicit transactions. We do not. Were it otherwise, we would have neither credibility nor business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 14, 2021

_____
OSCAR ADAM DARMAWAN

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

DEC. OF OSCAR ADAM DARMAWAN IN SUPPORT OF
INDODAX'S MOT. TO DISMISS AMENDED COMPLAINT    - 2 -

CASE NO. 5:20-CV-03643-BLF-SVK