SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
*PT INDODAX NASIONAL INDONESIA*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOES NOS. 1-10, individuals,<br><br>Defendants. | Case No. 5:20-cv-03643-BLF-SVK<br><br>**DECLARATION OF SPENCER HOSIE IN SUPPORT OF DEFENDANT PT INDODAX NASIONAL INDONESIA'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: May 27, 2021<br>Time: 9:00 a.m.<br>Judge: Honorable Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br><br>Complaint Filed: June 1, 2020<br>Trial Date: None set |

I, Spencer Hosie, declare as follows:

1. I am one of the attorneys or record in this matter for Defendant PT Indodax Nasional Indonesia ("Indodax"). I make this declaration of my own personal knowledge. If called upon to do so, I could, and would, testify competently to the matters stated herein.

2. I make this declaration in support of Indodax's Motion to Dismiss Amended Complaint.

3. Attached hereto is a true and correct copy of the following:

| Exhibit | Description |
|---------|-------------|
| A | Annotated excerpts from the November 12, 2020, hearing before Judge Freeman |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 14, 2021                    */s/ Spencer Hosie*
                                            SPENCER HOSIE

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

DEC. OF SPENCER HOSIE IN SUPPORT OF DEF. INDODAX'S
MOTION TO DISMISS AMENDED COMPLAINT                - 1 -                CASE NO. 5:20-CV-03643-BLF-SVK