# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4
     NOWAK,                         )   CV-20-3643-BLF
 5                                  )
                 PLAINTIFF,         )   SAN JOSE, CALIFORNIA
 6                                  )
              VS.                   )   NOVEMBER 12, 2020
 7                                  )
     XAPO, INC. ET AL,              )   PAGES 1-12
 8                                  )
                 DEFENDANT.         )
 9                                  )
     _____)
10
                     TRANSCRIPT OF PROCEEDINGS
11         BEFORE THE HONORABLE BETH LABSON FREEMAN
                  UNITED STATES DISTRICT JUDGE
12

13                    A P P E A R A N C E S

14

15     FOR THE PLAINTIFF:     BY:  DAVID CHAD SILVER
                              SILVER MILLER
16                            11780 W SAMPLE RD
                              CORAL SPRINGS, FL 33065
17

18

19     FOR THE DEFENDANT:     BY:  STEVEN PAUL RAGLAND
                                   VICTOR CHIU
20                            KEKER, VAN NEST & PETERS LLP
                              633 BATTERY STREET
21                            SAN FRANCISCO, CA 94111

22

23     OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1    LITTLE SHORT STAFFED AS WE -- AS SOME OF YOU ARE IN THE
2    EPICENTER OF WHAT'S GOING ON, WE WOULD APPRECIATE 30 DAYS FOR
3    AN AMENDED COMPLAINT, AND THEN WE CAN DO A BRIEFING SCHEDULE
4    FOR EVERYONE FROM THERE ON OUT.
5              THE COURT:  I THINK 30 DAYS IS MORE THAN REASONABLE.
6         MR. RAGLAND, YOU DON'T DISAGREE WITH THAT, DO YOU?
7              MR. RAGLAND:  NO, I DON'T.  AND WITH THE BRIEFING
8    SCHEDULE, WE JUST NEED TO TAKE ACCOUNT THE HOLIDAYS.
9              THE COURT:  OF COURSE.  YOU BEAT ME TO IT.
10        I WOULD EXPECT THAT IF YOU FILED YOUR AMENDED COMPLAINT ON
11   THE 12TH OF DECEMBER, THAT YOU WILL GIVE ALL THE DEFENDANTS AT
12   LEAST UNTIL THE MIDDLE OF JANUARY TO FILE A RESPONSE.
13        WE ALL NEED SOME VACATION, THIS HAS BEEN A HARD YEAR.  AND
14   IF THAT CAN'T BE WORKED OUT, MR. RAGLAND, YOU CAN ASK ME, BUT
15   MR. SILVER SOUNDS LIKE HE'S QUITE REASONABLE TO WORK WITH.
16             MR. RAGLAND:  I'M SURE WE COULD FIGURE IT OUT,
17   YOUR HONOR.
18             MR. SILVER:  NO ISSUE ON THAT, YOUR HONOR.
19             ==THE COURT:  OKAY.  AND INDODAX OF COURSE MAY HAVE,==
20   ==AND XAPO GIBRALTAR MAY HAVE PERSONAL JURISDICTION ISSUES THAT==
21   ==THEY ARE GOING TO BE RAISING.==
22        SO LET ME MAKE A COUPLE OF THINGS CLEAR.  YOU CANNOT FILE,
23   MR. RAGLAND, SEPARATE BRIEFS FOR XAPO GIBRALTAR AND XAPO, INC.
24   IT'S ONE BRIEF, THE NORMAL PAGE LIMITS.  ARE YOU REPRESENTING
25   INDODAX?
```

```
 1                MR. RAGLAND:  I AM NOT, YOUR HONOR.
 2                THE COURT:  OKAY.  WELL, THEN THEY WILL FILE WHATEVER
 3   THEY WANT TO FILE.  MAYBE THEY WILL JUST ANSWER, ONE NEVER
 4   KNOWS, OR MAYBE THEY WILL DO NOTHING.
 5           THEY HAVE BEEN SERVED, YOU'VE HEARD FROM COUNSEL, I EXPECT
 6   THERE WILL BE SOME PERSONAL JURISDICTION ISSUES FOR THOSE
 7   COMPANIES, BECAUSE THERE USUALLY ARE.  AND MR. SILVER, YOU MAY
 8   HAVE ALREADY HAD THAT CONVERSATION WITH THEM.
 9                MR. SILVER:  I HAVE.  THEY ARE COMPETENT COUNSEL, I
10   EXPECT THEM TO COME IN AND MOVE TO DISMISS.
11                MR. RAGLAND:  SO YOUR HONOR, ONE QUESTION, JUST SO
12   I'M CLEAR, BECAUSE I DO BELIEVE THAT XAPO GIBRALTAR WILL HAVE
13   JURISDICTIONAL DEFENSES, SO ALL OF THAT NEEDS TO FIT INTO ONE
14   BRIEF, INCLUDING ALL THE 12(B)(6)?
15                THE COURT:  YOU GET ONE RULE 12 MOTION FOR ALL YOUR
16   CLIENTS, AND IT JUST DOESN'T TAKE THAT MUCH -- THERE'S JUST NOT
17   THAT MUCH TO SAY ON PERSONAL JURISDICTION, FRANKLY.
18                MR. RAGLAND:  RIGHT.  RIGHT.  UNDERSTOOD.
19                THE COURT:  NOW I'M GOING TO -- I DON'T KNOW WHETHER
20   JURISDICTIONAL DISCOVERY IS GOING TO BE AN ISSUE, AND I JUST --
21   JUST LET ME ADDRESS THAT TO SAVE SOME TIME.
22          IT MIGHT NOT BE NECESSARY, BUT IT'S NOT ENOUGH IN AN
23   OPPOSITION TO SIMPLY SAY, WE NEED JURISDICTIONAL DISCOVERY.  I
24   ACTUALLY NEED A DISCOVERY PLAN AND A TIMELINE FOR ME TO EVEN
25   CONSIDER IT, AND THAT NEEDS TO BE WITHIN YOUR OPPOSITION OF
```

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185          DATED: 11/19/20