SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Specially Appearing as Counsel for Defendant*
PT INDODAX NASIONAL INDONESIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOES NOS. 1-10, individuals,<br><br>Defendants. | Case No. 5:20-cv-03643-BLF-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PT INDODAX NASIONAL INDONESIA'S MOTION TO DISMISS**<br><br>Date: May 27, 2021<br>Time: 9:00 a.m.<br>Judge: Honorable Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br><br>Complaint Filed: June 1, 2020<br>Trial Date: None set |

**[PROPOSED] ORDER**

Before the Court is Defendant PT Indodax ("Indodax") Nasional Indonesia's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) (the "Motion to Dismiss").  The Motion to Dismiss was set for hearing on May 27, 2021.

The Court, having considered the Motion to Dismiss and its accompany papers and any reply papers, any opposition papers, any oral argument, the Amended Compliant, and the files and records in this action, FINDS that:

[The Court lacks subject matter jurisdiction as to Defendant PT Indodax Nasional Indonesia.]  [The Court lacks personal jurisdiction over Indodax.]  [Plaintiff Dennis Nowak, as to each claim asserted against Indodax, fails to state a claim upon which relief can be granted.]

The Court further FINDS that leave to amend is not appropriate, because Plaintiff Dennis Nowak, for example:

[Withdrew his federal Computer Fraud and Abuse Act Claim when he amended his complaint.]  [Was on notice prior to filing his Amended Complaint that personal jurisdiction would be at issue.]  [Was on notice of various defects that infect his state law claims.]

IT IS ORDERED that:

1. The Motion to Dismiss is GRANTED;

2. Nowak's Amended Complaint is DISMISSED WITH PREJUDICE as to Indodax.

**IT IS SO ORDERED**.

Dated: _____, 2021

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE