Brandon S. Reif, Esq. (State Bar No. 214706)
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

Docket@ReifLawGroup.com

*Counsel for Plaintiff Dennis Nowak*

[*Additional Counsel listed on signature block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT INDODAX'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Dept.:　Courtroom 3 – 5th Floor<br>Judge:　Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date:　None set |

Pursuant to Civil Local Rule 6-2 and the accompanying Declaration of David C. Silver, the parties hereby stipulate as follows:

WHEREAS, on December 21, 2020, Plaintiff filed in this action an Amended Complaint [Dkt. No. 51];

WHEREAS, on December 31, 2020, the Court entered an Order extending through and including February 3, 2021 the deadline for Defendants XAPO, INC. and XAPO (GIBRALTAR) LIMITED to file a response to the Amended Complaint [Dkt. No. 53];

WHEREAS, on January 14, 2021, Defendant PT INDODAX NASIONAL INDONESIA ("INDODAX") filed a Motion to Dismiss the Amended Complaint [Dkt. No. 54];

WHEREAS, pursuant to the Federal Rules of Civil Procedure as well as Local Rules of Court, Plaintiff's deadline to respond to INDODAX's Motion to Dismiss the Amended Complaint is presently set at January 28, 2021;

WHEREAS, to most efficiently align Plaintiff's response to the XAPO defendants' soon-to-be-filed (February 3, 2021) response to the Amended Complaint with the already-filed (January 14, 2021) response by INDODAX, Plaintiff has requested that he be permitted to extend through and including February 17, 2021 the deadline for him to respond to INDODAX's Motion to Dismiss the Amended Complaint;

WHEREAS, the parties have agreed to Plaintiff's request for additional time to respond to the INDODAX Motion to Dismiss the Amended Complaint;

WHEREAS, the requested extension does not affect any other event or deadline already fixed by Court order;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. The deadline for Plaintiff DENNIS NOWAK to respond to INDODAX's Motion to Dismiss the Amended Complaint shall be extended by 20 days through and including February 17, 2021.

2. INDODAX shall have through and including February 24, 2021 to file papers in reply to Plaintiff's response to the INDODAX Motion to Dismiss the Amended Complaint.

3. This stipulation does not constitute a waiver by INDODAX of any defenses, including but not limited to, affirmative defenses.

Dated: January 27, 2021               **REIF LAW GROUP, P.C.**

                          By:   s/ Brandon S. Reif
                                BRANDON S. REIF

Dated: January 27, 2021               **SILVER MILLER**

                          By:   s/ David C. Silver
                                DAVID C. SILVER

                                *Attorneys for Plaintiff DENNIS NOWAK*

Dated: January 27, 2021               **HOSIE RICE LLP**

                          By:   /s/ Darrell R. Atkinson
                                SPENCER HOSIE
                                DIANE S. RICE
                                DARRELL R. ATKINSON

                                *Specially appearing as Counsel for Defendant PT INDODAX NASIONAL INDONESIA*

Dated: January 27, 2021               **KEKER, VAN NEST & PETERS LLP**

                          By:   s/ Steven P. Ragland
                                STEVEN P. RAGLAND
                                ERIN E. MEYER
                                VICTOR T. CHIU
                                JASON S. GEORGE

                                *Attorneys for Defendant XAPO, INC.*

                                *Steven P. Ragland specially appearing as counsel for XAPO (GIBRALTAR) LIMITED*

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 27, 2021      *s/ David C. Silver*
　　　　　　　　　　　　　　　DAVID C. SILVER

[PROPOSED] ORDER GRANTING STIPULATION

Pursuant to the parties' stipulation, and good cause appearing, the Court **GRANTS** the parties' stipulation. The Court **ORDERS** as follows:

- The deadline for Plaintiff DENNIS NOWAK to respond to INDODAX's Motion to Dismiss the Amended Complaint shall be extended by 20 days through and including February 17, 2021.
- INDODAX shall have through and including February 24, 2021 to file papers in reply to Plaintiff's response to the INDODAX Motion to Dismiss the Amended Complaint.

**IT IS SO ORDERED.**

Dated:

---

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE