| | |
|---|---|
| 1 | Brandon S. Reif, Esq. (State Bar No. 214706) |
| 2 | E-Mail: Docket@ReifLawGroup.com<br>**REIF LAW GROUP, P.C.** |
| 3 | 1925 Century Park East - Suite 1700<br>Los Angeles, California 90067 |
| 4 | Telephone: (310) 494-6500 |
| 5 | *Counsel for Plaintiff Dennis Nowak* |
| 6 | [*Additional Counsel listed on signature block*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>    Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**DECLARATION OF DAVID C. SILVER IN SUPPORT OF STIPULATION EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT INDODAX'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Dept.:    Courtroom 3 – 5th Floor<br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date:  None set |

I, David C. Silver, hereby declare:

1. I am duly licensed to practice law in the State of Florida and am a member of the law firm Silver Miller, appearing *pro hac vice* as counsel for Plaintiff DENNIS NOWAK in this action. [Dkt. No. 21].

2. On December 21, 2020, Plaintiff filed an Amended Complaint [Dkt. No. 51].

3. On December 31, 2020, the Court entered an Order extending through and including February 3, 2021 the deadline for Defendants XAPO, INC. and XAPO (GIBRALTAR) LIMITED to file a response to the Amended Complaint [Dkt. No. 53].

4. Pursuant to the Federal Rules of Civil Procedure as well as Local Rules of Court, Plaintiff's deadline to respond to the papers to be filed on February 3, 2021 by the XAPO defendants (anticipated to be a Motion to Dismiss the Amended Complaint) is February 17, 2021.

5. On January 14, 2021, Defendant PT INDODAX NASIONAL INDONESIA ("INDODAX") filed a Motion to Dismiss the Amended Complaint [Dkt. No. 54].

6. Pursuant to the Federal Rules of Civil Procedure as well as Local Rules of Court, Plaintiff's deadline to respond to INDODAX's Motion to Dismiss the Amended Complaint is presently set at January 28, 2021.

7. To most efficiently align Plaintiff's response to the XAPO defendants' soon-to-be-filed (February 3, 2021) response to the Amended Complaint with the already-filed (January 14, 2021) response by INDODAX, I requested -- and counsel for the defendants graciously consented -- that Plaintiff be permitted to extend through and including February 17, 2021 the deadline for him to respond to INDODAX's Motion to Dismiss the Amended Complaint.

8. The requested extension does not affect any other event or deadline already fixed by Court order.

I declare under penalty of perjury under the laws of Florida that the foregoing is true and correct, and that this declaration was executed on January 27, 2021 in Coral Springs, Florida.

*s/ David C. Silver*
DAVID C. SILVER