```
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
XAPO, INC.

Specially appearing on behalf of
XAPO (GIBRALTAR) LIMITED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　　　Defendants. | Case No. 5:20-CV-03643-BLF<br><br>**DECLARATION OF JASON S. GEORGE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:　　　May 27, 2021<br>Time:　　　9:00 a.m.<br>Dept.:　　　Courtroom 3 – 5th Floor<br>Judge:　　　Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

I, Jason S. George, hereby declare:

1. I am duly licensed to practice law in the State of California, associated with the law firm of Keker, Van Nest & Peters LLP, appearing as counsel for Defendant Xapo, Inc. in this action. The information in this declaration is based on my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of a printout of the website https://static.xapo.com/terms/index.html that I printed to .PDF on February 2, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 3, 2021 in Denver, Colorado.

JASON S. GEORGE

# Exhibit A



# Terms of Use

Xapo services are provided by several Xapo Group companies, each of them render specific services under the terms of use and/or service provided by each company. Please read carefully these Terms of Use and Privacy Policy in connection to the services that Xapo is rendering to you in your jurisdiction.

If you are a United States resident using our Services in the United States, you are engaging with Xapo, Inc.

**Xapo Limited - Terms of Use**

Effective date: September 29, 2020

**Xapo Inc. - Terms of Use**

Effective date: October 23, 2020

**Xapo VASP Limited - Terms of Use**

Effective date: September 29, 2020

**Xapo (Gibraltar) Limited - Terms of Use**

Effective date: September 14, 2020

**Xapo Bank (Gibraltar) Limited - Terms of Use**

Effective date: September 29, 2020