KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
XAPO, INC.

Specially appearing on behalf of
XAPO (GIBRALTAR) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>            Defendants. | Case No. 5:20-CV-03643-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS XAPO, INC. AND XAPO (GIBRALTAR) LIMITED TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:        May 27, 2021<br>Time:       9:00 a.m.<br>Dept.:       Courtroom 3 – 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date:  None set |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

The Motion by Defendants Xapo, Inc. and Xapo (Gibraltar) Limited to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) came on for hearing before this Court on May 27, 2021.

Having considered the papers submitted by counsel, the accompanying declarations, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing, the Court hereby **GRANTS** Defendants' Motion to Dismiss as follows:

- The Court dismisses the Amended Complaint in its entirety, without leave to amend, for lack of subject matter jurisdiction;
- The Court dismisses the claims against Defendant Xapo (Gibraltar) Limited, with prejudice, for lack of personal jurisdiction; and
- The Court dismisses the Amended Complaint in its entirety, with prejudice, for failure to state a claim.

**IT IS SO ORDERED.**

Dated:

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE