1  KEKER, VAN NEST & PETERS LLP
   STEVEN P. RAGLAND - # 221076
2  sragland@keker.com
   ERIN E. MEYER - # 274244
3  emeyer@keker.com
   VICTOR T. CHIU - # 305404
4  vchiu@keker.com
   JASON S. GEORGE - # 307707
5  jgeorge@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant
   XAPO, INC.
9
   Specially appearing on behalf of
10 XAPO (GIBRALTAR) LIMITED

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                               SAN JOSE DIVISION

15 | DENNIS NOWAK, an individual,                | Case No. 5:20-cv-03643-BLF
16 |        Plaintiff,                            | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**
17 |        v.                                    |
18 | XAPO, INC., a Delaware corporation; XAPO     |
   | (GIBRALTAR) LIMITED, a foreign               | Hearing Date and Time for Defendants' Motions to Dismiss:
19 | corporation; INDODAX, a foreign company;     | May 27, 2021, at 9:00 a.m.
   | and JOHN DOE NOS. 1-10, individuals,         |
20 |                                              | Dept.:   Courtroom 3 – 5th Floor
   |        Defendants.                           | Judge:   Hon. Beth Labson Freeman
21 |                                              |
22 |                                              | Date Filed: June 1, 2020
23 |                                              | Trial Date: None set

STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

1  Pursuant to Civil Local Rule 6-2 and the accompanying Declaration of Steven P. Ragland,
2  the parties hereby stipulate as follows:
3  WHEREAS, on December 21, 2020, Plaintiff Dennis Nowak filed an Amended
4  Complaint, Dkt. No. 51;
5  WHEREAS, on January 14, 2021, Defendant PT Indodax Nasional Indonesia ("Indodax")
6  filed a motion to dismiss the Amended Complaint, Dkt. No. 54;
7  WHEREAS, on February 3, 2021, Defendants Xapo, Inc. and Xapo (Gibraltar) Limited
8  filed a motion to dismiss the Amended Complaint, Dkt. No. 57;
9  WHEREAS, on February 17, 2021, Plaintiff filed an opposition to both motions to
10 dismiss, Dkt. No. 58;
11 WHEREAS, Defendants Indodax, Xapo, Inc., and Xapo (Gibraltar) Limited request that
12 Plaintiff agree to allow additional time to prepare replies in support of their motions;
13 WHEREAS, Plaintiff has agreed to Defendants' request for additional time to file their
14 replies;
15 WHEREAS, the hearing on Defendants' motions to dismiss is set for May 27, 2021, at
16 9:00 a.m.;
17 WHEREAS, the extension for Defendants to file their replies would not affect the hearing
18 date on the motions to dismiss or any other event or deadline already fixed by Court order;
19 WHEREAS, the Court has previously granted five extensions to deadlines in this case by
20 (1) extending the deadline for Defendant Xapo, Inc. to respond to the complaint by 30 days,
21 Dkt. No. 29; (2) extending the deadline for Defendant Xapo (Gibraltar) Limited to respond to the
22 complaint from October 16, 2020 to November 20, 2020, Dkt. No. 34; (3) extending the deadline
23 for Defendant Indodax to respond to the complaint until November 25, 2020, Dkt. No. 41; and
24 (4) extending the deadline for all defendants to respond to the Amended Complaint until 30 days
25 after it was filed, or January 20, 2021, Dkt. No. 50; and (5) extending the deadline for Defendants
26 Xapo, Inc. and Xapo (Gibraltar) Limited to respond to the Amended Complaint from January 20,
27 2021 to February 3, 2021, Dkt No. 53; and,
28 WHEREAS, the parties previously stipulated to provide Plaintiff an extension to respond

2
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

to Indodax's motion to dismiss up to and including February 17, 2021, Dkt. No. 55.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. The deadline for Defendants Indodax, Xapo, Inc., and Xapo (Gibraltar) Limited to file replies in support of their respective motions to dismiss shall be extended by two weeks up to and including March 10, 2021.

2. This stipulation does not constitute a waiver by Defendants Indodax, Xapo, Inc., or Xapo (Gibraltar) Limited of any defenses, including but not limited to, affirmative defenses.

Dated:  February 22, 2021                By:   *s/Steven P. Ragland*
                                               STEVEN P. RAGLAND
                                               ERIN E. MEYER
                                               VICTOR T. CHIU
                                               JASON S. GEORGE

                                               KEKER, VAN NEST & PETERS LLP

                                               Attorneys for Defendant XAPO, INC.

                                               Specially appearing on behalf of XAPO (GIBRALTAR) LIMITED

Dated:  February 22, 2021                By:   *s/Darrell R. Atkinson*
                                               SPENCER HOSIE
                                               DIANE S. RICE
                                               DARRELL R. ATKINSON

                                               HOSIE RICE LLP

                                               Specially appearing as Counsel for Defendant PT INDODAX NASIONAL INDONESIA

Dated:  February 22, 2021                By:   *s/David C. Silver*
                                               DAVID C. SILVER
                                               JASON S. MILLER
                                               SILVER MILLER

                                               BRANDON S. REIF
                                               REIF LAW GROUP, P.C.

                                               Attorneys for Plaintiff
                                               DENNIS NOWAK

3
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 22, 2021

        *s/Steven P. Ragland*
        STEVEN P. RAGLAND

4
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

**[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to the parties' stipulation, and good cause appearing, the Court **GRANTS** the parties' stipulation.  The Court **ORDERS** as follows:

- The deadline for Defendants Indodax, Xapo, Inc., and Xapo (Gibraltar) Limited to file replies in support of their respective motions to dismiss shall be extended by two weeks up to and including March 10, 2021.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　HON. BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

5
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103