| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | STEVEN P. RAGLAND - # 221076 |
| 2 | sragland@keker.com |
| | ERIN E. MEYER - # 274244 |
| 3 | emeyer@keker.com |
| | VICTOR T. CHIU - # 305404 |
| 4 | vchiu@keker.com |
| | JASON S. GEORGE - # 307707 |
| 5 | jgeorge@keker.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 7 | Facsimile:     415 397 7188 |
| 8 | Attorneys for Defendant |
| | XAPO, INC. |
| 9 | |
| | Specially appearing on behalf of |
| 10 | XAPO (GIBRALTAR) LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual, | Case No. 5:20-cv-03643-BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS** |
| v. | |
| XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals, | Hearing Date and Time for Defendants' Motions to Dismiss: May 27, 2021, at 9:00 a.m. |
| Defendants. | Dept.:     Courtroom 3 – 5th Floor |
| | Judge:     Hon. Beth Labson Freeman |
| | Date Filed: June 1, 2020 |
| | Trial Date: None set |

STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

Pursuant to Civil Local Rule 6-2 and the accompanying Declaration of Steven P. Ragland, the parties hereby stipulate as follows:

WHEREAS, on December 21, 2020, Plaintiff Dennis Nowak filed an Amended Complaint, Dkt. No. 51;

WHEREAS, on January 14, 2021, Defendant PT Indodax Nasional Indonesia ("Indodax") filed a motion to dismiss the Amended Complaint, Dkt. No. 54;

WHEREAS, on February 3, 2021, Defendants Xapo, Inc. and Xapo (Gibraltar) Limited filed a motion to dismiss the Amended Complaint, Dkt. No. 57;

WHEREAS, on February 17, 2021, Plaintiff filed an opposition to both motions to dismiss, Dkt. No. 58;

WHEREAS, Defendants Indodax, Xapo, Inc., and Xapo (Gibraltar) Limited request that Plaintiff agree to allow additional time to prepare replies in support of their motions;

WHEREAS, Plaintiff has agreed to Defendants' request for additional time to file their replies;

WHEREAS, the hearing on Defendants' motions to dismiss is set for May 27, 2021, at 9:00 a.m.;

WHEREAS, the extension for Defendants to file their replies would not affect the hearing date on the motions to dismiss or any other event or deadline already fixed by Court order;

WHEREAS, the Court has previously granted five extensions to deadlines in this case by (1) extending the deadline for Defendant Xapo, Inc. to respond to the complaint by 30 days, Dkt. No. 29; (2) extending the deadline for Defendant Xapo (Gibraltar) Limited to respond to the complaint from October 16, 2020 to November 20, 2020, Dkt. No. 34; (3) extending the deadline for Defendant Indodax to respond to the complaint until November 25, 2020, Dkt. No. 41; and (4) extending the deadline for all defendants to respond to the Amended Complaint until 30 days after it was filed, or January 20, 2021, Dkt. No. 50; and (5) extending the deadline for Defendants Xapo, Inc. and Xapo (Gibraltar) Limited to respond to the Amended Complaint from January 20, 2021 to February 3, 2021, Dkt No. 53; and,

WHEREAS, the parties previously stipulated to provide Plaintiff an extension to respond

2
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

to Indodax's motion to dismiss up to and including February 17, 2021, Dkt. No. 55.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. The deadline for Defendants Indodax, Xapo, Inc., and Xapo (Gibraltar) Limited to file replies in support of their respective motions to dismiss shall be extended by two weeks up to and including March 10, 2021.

2. This stipulation does not constitute a waiver by Defendants Indodax, Xapo, Inc., or Xapo (Gibraltar) Limited of any defenses, including but not limited to, affirmative defenses.

Dated:  February 22, 2021          By:   s/Steven P. Ragland
                                         STEVEN P. RAGLAND
                                         ERIN E. MEYER
                                         VICTOR T. CHIU
                                         JASON S. GEORGE

                                         KEKER, VAN NEST & PETERS LLP

                                         Attorneys for Defendant XAPO, INC.

                                         Specially appearing on behalf of XAPO (GIBRALTAR) LIMITED

Dated:  February 22, 2021          By:   s/Darrell R. Atkinson
                                         SPENCER HOSIE
                                         DIANE S. RICE
                                         DARRELL R. ATKINSON

                                         HOSIE RICE LLP

                                         Specially appearing as Counsel for Defendant PT INDODAX NASIONAL INDONESIA

Dated:  February 22, 2021          By:   s/David C. Silver
                                         DAVID C. SILVER
                                         JASON S. MILLER
                                         SILVER MILLER

                                         BRANDON S. REIF
                                         REIF LAW GROUP, P.C.

                                         Attorneys for Plaintiff
                                         DENNIS NOWAK

3
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 22, 2021

*s/Steven P. Ragland*
STEVEN P. RAGLAND

4
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

**[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to the parties' stipulation, and good cause appearing, the Court **GRANTS** the parties' stipulation. The Court **ORDERS** as follows:

- The deadline for Defendants Indodax, Xapo, Inc., and Xapo (Gibraltar) Limited to file replies in support of their respective motions to dismiss shall be extended by two weeks up to and including March 10, 2021.

**IT IS SO ORDERED.**

Dated: February 23, 2021

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

5
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:20-cv-03643-BLF

1651103

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
VICTOR T. CHIU - # 305404
vchiu@keker.com
JASON S. GEORGE - # 307707
jgeorge@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
XAPO, INC.

Specially appearing on behalf of
XAPO (GIBRALTAR) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**<br><br>Hearing Date and Time for Defendants' Motions to Dismiss:<br>May 27, 2021, at 9:00 a.m.<br><br>Dept.:     Courtroom 3 – 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: June 1, 2020<br><br>Trial Date: None set |

I, Steven P. Ragland, hereby declare:

1. I am duly licensed to practice law in the State of California and am a member of the law firm Keker, Van Nest & Peters LLP, appearing as counsel for Defendant Xapo, Inc. and specially appearing on behalf of Defendant Xapo (Gibraltar) Limited in this action. The information in this declaration is based on my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. On February 17, 2021, Defendants Xapo, Inc. and Xapo (Gibraltar) Limited requested that Plaintiff agree to allow additional time, until March 10, 2021, to prepare a reply in support of their motion. On February 18, 2021, Defendant Indodax requested a similar extension. Plaintiff has agreed to Defendants' request for additional time to file their replies.

3. The Court has previously granted five extensions to deadlines in this case by (1) extending the deadline for Defendant Xapo, Inc. to respond to the complaint by 30 days, Dkt. No. 29; (2) extending the deadline for Defendant Xapo (Gibraltar) Limited to respond to the complaint from October 16, 2020 to November 20, 2020, Dkt. No. 34; (3) extending the deadline for Defendant Indodax to respond to the complaint until November 25, 2020, Dkt. No. 41; and (4) extending the deadline for all defendants to respond to the Amended Complaint until 30 days after it was filed, or January 20, 2021, Dkt. No. 50; and (5) extending the deadline for Defendants Xapo, Inc. and Xapo (Gibraltar) Limited to respond to the Amended Complaint from January 20, 2021 to February 3, 2021, Dkt No. 53. The parties previously stipulated to provide Plaintiff an extension to respond to Defendant Indodax's motion to dismiss up to and including February 17, 2021. Dkt. No. 55.

4. The requested extension for Defendants to file their replies would not affect the hearing date on the motions to dismiss (currently set for May 27, 2021, at 9:00 a.m.) or any other event or deadline already fixed by Court order.

////

////

////

////

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 22, 2021 in San Francisco, California.

*s/Steven P. Ragland*
STEVEN P. RAGLAND
