1  Brandon S. Reif, Esq. (State Bar No. 214706)
   E-Mail: Docket@ReifLawGroup.com
2  **REIF LAW GROUP, P.C.**
   1925 Century Park East - Suite 1700
3  Los Angeles, California 90067
4  Telephone: (310) 494-6500

   *Counsel for Plaintiff Dennis Nowak*
5
   [*Additional Counsel listed on signature block*]



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　Defendants. | Case No. 5:20-cv-03643-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT INDODAX**<br><br>Dept.:　Courtroom 3 - 5th Floor<br>Judge:　Hon. Beth Labson Freeman<br>Date Filed:　June 1, 2020<br>Trial Date:　None set |

[APPROVED stamp signed by Judge Beth Labson Freeman]

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff DENNIS NOWAK, by and through undersigned counsel, hereby DISMISSES WITHOUT PREJUDICE the claims brought against Defendant PT INDODAX NASIONAL INDONEISA, a foreign corporation.  Defendant has neither served an Answer nor filed a Motion for Summary Judgment in this action.  Accordingly, this action may be dismissed without prejudice and without an Order of the Court.

For the sake of clarity, this dismissal is <u>not</u> intended to have any effect on any other claims in this litigation.

Each party shall bear its own costs and attorneys' fees in this matter.

Respectfully submitted,

**REIF LAW GROUP, P.C.**

Dated: March 22, 2021        By: /s/ Brandon S. Reif
Brandon S. Reif (State Bar No. 214706)
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone:   (310) 494-6500
E-Mail:       Docket@ReifLawGroup.com

David C. Silver (Admitted *Pro Hac Vice* - DE 21)
Jason S. Miller (to be admitted *pro hac vice*)
**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-mail:       DSilver@SilverMillerLaw.com
E-mail:       JMiller@SilverMillerLaw.com

*Counsel for Plaintiff Dennis Nowak*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court on this   22nd   day of March 2021 by using the CM/ECF system and that a true and correct ~~copy wi~~ll be served via electronic mail to: STEVEN P. RAGLAND, ESQ., ERIN E. MEYER, ESQ., VICTOR T. CHIU, ESQ. and JASON S. GEORGE, ESQ., KEKER, VAN NEST & PETERS LLP, *Counsel for Defendants Xapo, Inc. and Xapo (Gibraltar) Limited*, 633 Battery Street, San Francisco, CA 94111-1809, E-mail: sragland@keker.com; emeyer@keker.com; vchiu@keker.com; and jgeorge@keker.com; and SPENCER HOSIE, ESQ., DIANE S. RICE, ESQ., and ~~DARRELL R. ATKI~~NSON, ESQ., HOSIE RICE LLP, *Counsel for Defendant PT Indodax Nasional Indoneisa*, 600 Montgomery Street - 34th Floor, San Francisco, CA 94111, E-mail: SHosie@hosielaw.com, DRice@hosielaw.com, and DAtkinson@hosielaw.com.

  */s/ Brandon S. Reif*
BRANDON S. REIF