# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DENNIS NOWAK,

    Plaintiff,

v.

XAPO, INC., et al.,

    Defendants.

Case No. 20-cv-03643-BLF

**ORDER DIRECTING PARTIES TO FILE CHAMBERS COPIES**

The parties SHALL submit chambers copies of briefs and exhibits associated with all future motions on which the Court will hold a hearing, to include the pending motion to dismiss at ECF 57. *See* Standing Order for Civil Cases. All exhibits SHALL be tabbed. Additionally, Plaintiff SHALL file a chambers copy of a redlined amended complaint. *See* ECF 51.

**IT IS SO ORDERED.**

Dated: April 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge