1  Brandon S. Reif (SBN 214706)
   **REIF LAW GROUP, P.C.**
2  1925 Century Park East, Suite 1700
3  Los Angeles, CA 90067
   Telephone: (310) 494-6500
4  Email: docket@reiflawgroup.com
   breif@reiflawgroup.com
5
6  *Counsel for Plaintiff Dennis Nowak*
   *[Additional Counsel listed on signature block]*
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　Defendants. | Case No.: 5:20-CV-03643-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS XAPO, INC. AND XAPO (GIBRALTAR) LIMITED**<br><br>Judge: Honorable Beth Labson Freeman<br>Dept.: Courtroom 3 – 5th Floor<br><br>Action Filed: June 1, 2020<br><br>Trial Date:　　None set |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  Plaintiff Dennis Nowak, by and through undersigned counsel, hereby DISMISSES WITH PREJUDICE
3  the claims brought against Defendants Xapo, Inc. and Xapo (Gibraltar) Limited ("Defendants").
4  Defendants have neither served an Answer nor filed a Motion for Summary Judgment in this action.
5  Accordingly, this action may be dismissed with prejudice without an order of the Court. Each party shall
6  bear its own costs and attorneys' fees in this matter.

Dated: May 17, 2021

**REIF LAW GROUP, P.C.**

*Brandon S. Reif*
―――――――――――――――――――
BRANDON S. REIF (State Bar # 214706)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500
E-Mail: Docket@ReifLawGroup.com

David C. Silver (Admitted Pro Hac Vice DE 21)
Jason S. Miller (to be admitted pro hac vice)
SILVER MILLER
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-mail: JMiller@SilverMillerLaw.com
Counsel for Plaintiff Dennis Nowak