1  Brandon S. Reif (SBN 214706)
   **REIF LAW GROUP, P.C.**
2  1925 Century Park East, Suite 1700
3  Los Angeles, CA 90067
   Telephone: (310) 494-6500
4  Email: docket@reiflawgroup.com
   breif@reiflawgroup.com
5
6  *Counsel for Plaintiff Dennis Nowak*
   *[Additional Counsel listed on signature block]*

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS NOWAK, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>XAPO, INC., a Delaware corporation; XAPO (GIBRALTAR) LIMITED, a foreign corporation; INDODAX, a foreign company; and JOHN DOE NOS. 1-10, individuals,<br><br>　　　　Defendants. | Case No.: 5:20-CV-03643-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS XAPO, INC. AND XAPO (GIBRALTAR) LIMITED**<br><br>Judge: Honorable Beth Labson Freeman<br>Dept.: Courtroom 3 – 5th Floor<br><br>Action Filed:　June 1, 2020<br><br>Trial Date:　　None set |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dennis Nowak, by and through undersigned counsel, hereby DISMISSES WITH PREJUDICE the claims brought against Defendants Xapo, Inc. and Xapo (Gibraltar) Limited ("Defendants"). Defendants have neither served an Answer nor filed a Motion for Summary Judgment in this action. Accordingly, this action may be dismissed with prejudice without an order of the Court. Each party shall bear its own costs and attorneys' fees in this matter.

Dated: May 17, 2021

**REIF LAW GROUP, P.C.**

*Brandon S. Reif*
_____
BRANDON S. REIF (State Bar # 214706)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500
E-Mail: Docket@ReifLawGroup.com

David C. Silver (Admitted Pro Hac Vice DE 21)
Jason S. Miller (to be admitted pro hac vice)
SILVER MILLER
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-mail: JMiller@SilverMillerLaw.com
Counsel for Plaintiff Dennis Nowak